■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT BOXILL, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hos-

pital, Respondent.— Motion to prosecute appeal on hand-printed copy of record denied. Motion to prosecute appeal as a poor person upon one typewritten copy of the record and five typewritten copies of the brief granted. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.